[No. 18748–1–I. Division One. August 1, 1988.]

*In the Matter of the Marriage of* ANNEMARIE CLARK, *Respondent, and* MICHAEL CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–01895–1, Charles V. Johnson, J., entered June 3, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 20422–0–I. Division One. August 1, 1988.]

NORMAN A. NORDSTROM, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–12696–3, James J. Dore, J., entered April 20, 1987. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Williams, J., and Cole, J. Pro Tem.

[No. 20037–2–I. Division One. August 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BRETT A. ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86–8–00226–4, Gilbert E. Mullen, J. Pro Tem., entered February 10, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Webster, J.